UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

FREDY VILLEDA, and all others similarly
situated under 29 U.S.C. 216(B),

    Plaintiff,

v.

T & S ROOFING SYSTEMS, INC.
a Florida Profit Corporation,
ERNESTO SANCHEZ, individually

    Defendants.
_____/

**DEFENDANTS' NOTICE OF AND PETITION FOR REMOVAL**

Defendants, T & S Roofing Systems, Inc. ("T & S Roofing"), and Ernesto Sanchez ("Sanchez") (collectively "Defendants"), in accordance with 28 U.S.C. §§ 1331 and 1446, hereby files their Notice of and Petition for Removal (the "Notice"). Defendants request that the Court remove this action filed by Plaintiff, Fredy Villeda ("Plaintiff"), in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. The removal of this action is based upon the following:

**I.     RELEVANT FACTUAL BACKGROUND**

1. On or about November 23, 2022, Plaintiff filed his Complaint in the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida bearing Case No. CACE 2022-022440-CA-01 and styled *Fredy Villeda, and all others similarly situated under 29 U.S.C. 216(B) v. T & S Roofing Systems, Inc. and Ernesto Sanchez* (hereinafter the "Circuit Court Case"). A true copy of the Complaint is attached hereto as Exhibit A. This document constitutes all pleadings

CASE NO.: _____

and process served upon Defendants in this action.  This document was the initial pleading served upon Defendants setting forth the claims upon which Plaintiff's action is based.

2. On December 8, 2022, Defendants were served with the Complaint.  This Notice is thus timely, having been filed within 30 days after Defendant was service of the Complaint.

3. Defendants have not filed an answer or other pleading in the Circuit Court Case.

4. Plaintiff filed his three (3) count Complaint claiming violation of the Fair Labor Standards Act ("FLSA").  *See* Complaint, at Counts I – III.

5. Specifically, the Complaint alleges the following:

   a. Count I – Overtime (FLSA) against T & S Roofing,

   b. Count II – Overtime (FLSA) against T & S Sanchez,

   c. Count III – Retaliation in Violation of the FLSA against T & S Roofing and Sanchez.

6. Because Plaintiff alleges claims under the FLSA, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331.  Thus, this action is removable pursuant to 28 U.S.C. § 1441(a).

7. Pursuant to 28 U.S.C. § 1446(d), Defendants provided written notice of the removal to all adverse parties in this action by filing a copy of this Notice in the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida.

8. Additionally, as is required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants are attached to this Notice at <u>Exhibits A and B</u>.

9. A removal is not proper unless "all defendants who have been properly joined and served … consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A).  Here, T & S Roofing and Sanchez consent the removal and file this Motion jointly.

CASE NO.: _____

WHEREFORE, Defendants respectfully requests that the United States District Court for the Southern District of Florida, Miami Division, accept the removal of this action from the Circuit Court in and for Miami-Dade County, Florida and direct that the Circuit Court has no further jurisdiction of this matter unless and until this case is remanded.

DATED this 6th day of January 2023.

    Respectfully submitted,

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

/s/ *Roman Sarangoulis*
Reynaldo Velazquez, Esq.
Florida Bar No.: 069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: *roman.sarangoulis@jacksonlewis.com*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on January 6th, 2023, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF

    *s/ Roman Sarangoulis*
    Roman Sarangoulis, Esq.

CASE NO.: _____

## **SERVICE LIST**

| | |
|---|---|
| Henry Hernandez, Esq. | Reynaldo Velazquez, Esq. |
| Florida Bar No. 542601 | Florida Bar No.: 069779 |
| Email: *Henry@HHLAWFLORIDA.com* | Email: *rey.velazquez@jacksonlewis.com* |
| Garcia Hernandez, P.A. | Roman Sarangoulis, Esq. |
| 2655 D. Le Jeune Road, Suite 802 | Florida Bar No. 1011944 |
| Coral Gables, Florida 33134 | Email: roman.sarangoulis@jacksonlewis.com |
| Telephone: (305) 771-3374 | JACKSON LEWIS P.C. |
| | One Biscayne Tower |
| *Attorneys for Plaintiff* | 2 South Biscayne Boulevard, Suite 3500 |
| | Miami, Florida 33131 |
| | Telephone: 305-577-7600 |
| | Facsimile: 305-373-4466 |
| | |
| | *Counsel for Defendants* |