UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-cv-20049-REID

FREDY VILLEDA, *et al.*,

     Plaintiff,

v.

T & S ROOFING SYSTEMS, INC., *et al.*,

     Defendants

_____/

**ORDER GRANTING THE PARTIES'**
**JOINT MOTION FOR SETTLEMENT APPROVAL**
**AND DISMISSING THE CASE WITH PREJUDICE**

This matter is before the Court on the Parties' Joint Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice. [ECF No. 38].  Having reviewed the motion and conducted a fairness hearing, the Court **APPROVES** the Parties' Settlement Agreement and **GRANTS** the Parties' Joint Motion. [ECF No. 38]. The Court reserves jurisdiction for 90 days to enforce the Settlement Agreement. Attorney's fees and costs shall be paid as provided for in the Parties' Settlement Agreement. All pending Motions are **DENIED AS MOOT**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** the file.

     **DONE AND ORDERED** this 22nd day of June 2023.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE